UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60032-CIV-ROSENBAUM/SELTZER

CHRISTOPHER W. LEGG, an individual, on
behalf of himself and all others similarly situated,

       Plaintiff,

v.

SB PRODUCTIONS, INC., a Florida Corporation,
doing business as SCARLETT'S CABARET,

       Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Notice of Stipulated Dismissal [D.E. 17]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Notice of Stipulated Dismissal [D.E. 17] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the settlement agreement. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of September 2013.

                                                  ROBIN S. ROSENBAUM
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record